02-10-477-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00477-CV

 

 


 
 
 Alpha Testing, Inc.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 J. Neal Turner and wife, Kerie B.
 Turner
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE
393rd District Court OF Denton
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant's Motion To Dismiss Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

PER
CURIAM

PANEL:  MCCOY, MEIER, and
GABRIEL, JJ.

 

DELIVERED:
 February 3, 2011











[1]See Tex. R. App. P. 47.4.